OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: January 22, 2018

D&B Boat Rentals Inc.

vs.

National Pollution Funds Center, et. al.

Case No. 2018-cv-00623   Section ____

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Director - National Pollution Funds Center US Coast Guard Stop 7605
   (address) 2703 Martin Luther King, Jr. Ave. SE, Washington, D.C. 20593-7605
2. (name) Kirk F. Headley (AMPOL)
   (address) 401 West Admiral Doyle Dr., New Iberia, LA 70560
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

/s/ Harry Morse
"Signature"

Attorney for   D&B Boat Rentals Inc.

Address   650 Poydras St., Ste. 2710, New Orleans, LA 70118